## Commonwealth, Appellant, *v.* Bottari.

OPINION BY RICE, P. J., April 20, 1914:

The charge, of which this defendant was found guilty, was substantially the same as that in Commonwealth v. Archino, post, p. 645, and therefore the same judgment will be entered.

The judgment is affirmed.

---

## Commonwealth, Appellant, *v.* Falconi.

OPINION BY RICE, P. J., April 20, 1914:

This case is like Commonwealth v. Barbono, ante, p. 637, in all material particulars and is ruled by the same principles.

The judgment is affirmed.